NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R Street
Fresno, CA 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorneys for Defendant
LUPE BUSIO-VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>             v.<br><br>LUPE BUSIO-VALENCIA,<br><br>                     Defendant. | CASE NO.  1:20-cr-00121-JAM-1<br><br>**AMENDED**<br>**STIPULATION TO CONTINUE SENTENCING;**<br>**ORDER** |

**BACKGROUND**

This case is set for a sentencing on June 18, 2024. The parties request to move the sentencing to September 24, 2024 at 9:00 a.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on June 18, 2024.

2. The parties request to continue the sentencing to **September 24,2024, at 09:00 a.m.**, to allow for additional time to review the presentence report and conduct investigation related to sentencing.

3. The parties have consulted with the U.S. Probation Officer and agree to the following schedule:

1

| | |
|---|---|
| Judgment and Sentencing Date: | **Sept. 24, 2024** |
| Reply, or Statement of Non-Opposition: | **Sept. 17, 2024** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **Sept. 10, 2024** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **Sept. 3, 2024** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **August 27, 2024** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **August 13, 2024** |

    IT IS SO STIPULATED.

Dated:  May 31, 2024

    PHILLIP A. TALBERT
    United States Attorney

    /s/ JUSTIN LEE
    JUSTIN LEE
    Assistant United States Attorney

Dated:  May 31, 2024

    /s/ NICHOLAS F. REYES
    NICHOLAS F. REYES
    Counsel for Defendant
    LUPE BUSIO-VALENCIA

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: June 03, 2024

    /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE